UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00090 |
| | ) | JUDGE SHARP |
| MELVIN GARCIA-BELTRAN [15] | ) | |
| | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Set Hearing for Change of Plea (Docket No. 235).

The motion is GRANTED and a change of plea hearing is hereby scheduled for Tuesday, November 12, 2013, at 1:30 p.m.

It is so ORDERED.

*(signature)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE